IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

Criminal No. 15-139

MARIO GRISOM.

**PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST MARIO GRISOM**

AND NOW, this ___8th___ day of ___March___, 2016, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture against Mario Grisom, it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of Mario Grisom in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3): HTC Cellular Phone, black in color, Serial Number FA4CBY405356, further described at Asset ID number 15-FBI-006374.

2. This Order of Forfeiture against Mario Grisom will be incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate third-party claims, if any.

_Maurice B. Cohill Jr._
United States District Court Judge